UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STEWART ANDRADES, | No. 2:23-cv-01905-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF MANTECA POLICE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 17, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 17.) Plaintiff filed objections to the findings and recommendations. (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:
2 |    1. The findings and recommendations, filed on January 17, 2024 (ECF No. 17), are
3 |       ADOPTED IN FULL;
4 |    2. Plaintiff's Motion for Remand (ECF No. 4) is DENIED;
5 |    3. Plaintiff's Motion to Strike the Answer (ECF No. 12) is DENIED;
6 |    4. Defendants' Motion for Judgement on the Pleadings (ECF No. 7) is GRANTED;
7 |    5. This case is DISMISSED with prejudice; and
8 |    6. The Clerk of Court is directed to close this case.
9 | Date:  February 29, 2024

Troy L. Nunley
United States District Judge

2